


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 23, 2008

Steven A. Zamsky, Esq.
Zamsky Law Firm
Inacia Condos #6
129 San Sqanio St.
Tamuning, GU 96913

Re: CV-00-00028
Heli Guam, Inc., a Guam corporation -vs- Silla Co., Ltd., a Republic of Korea corp.

Dear Mr. Zamsky:

A Judgment was filed on April 29, 2004, in the above-entitled matter.

Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice. If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit. (See LR 79.1(c).)

Thank you for your assistance in this matter.

Sincerely,

/s/ Leilani R. Toves Hernandez
Deputy Clerk